## Woods et al., Appellants, *v.* Weisman et al.

Argued November 11, 1974. *M. David Turets,* for appellants; *Stanley M. Stein,* with him *Joseph S. Walko, Robert E. Wayman,* and *Feldstein, Bloom & Grinberg,* for appellee.

Order affirmed.

### January 9, 1975

## Celane et ux. *v.* Stangler et ux., Appellants.

Before WENTLEY, J., without a jury.

Argued November 14, 1974. *Abraham Fishkin,* for appellants; *William J. Krzton,* for appellees.

Judgment affirmed.

## Commonwealth *v.* Baker, Appellant.

Before DISALLE, J.

Argued November 15, 1974. *John P. Liekar,* for appellant; *Jack H. France* and *Robert N. Clarke,* Assistant District Attorneys, and *Jess D. Costa,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.